UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
MAY 14 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

CHRISTOPHER R. ENDERBY
vs.
MIDLAND COUNTY, TEXAS
DETECTIVE "JOHN DOE"
JOHN D. BRAY MD

CASE NO.
COMPLAINT

7:21-cv-00087-DC

CIVIL RIGHTS COMPLAINT FOR DECLARATORY, EQUITABLE RELIEF AND DAMAGES

## I.

### INTRODUCTORY STATEMENT

1. THIS IS A CIVIL RIGHTS ACTION INVOLVING FALSE CLAIMS, FALSE IMPRISONMENT, ABUSE OF PROCESS AND CIVIL CONSPIRACY TO DEPRIVE PLAINTIFF OF HIS CONSTITUTIONAL RIGHTS WHICH RESULTED IN UNLAWFUL IMPRISONMENT OF PLAINTIFF

2. PLAINTIFF BRINGS THIS ACTION UNDER THE FEDERAL CIVIL RIGHTS ACT, 42 U.S.C. § 1983 TO REDRESS THE VIOLATIONS BY DEFENDANTS ACTING UNDER COLOR OF STATE LAW OF THE CONSTITUTIONAL RIGHTS OF PLAINTIFF.

# II

## JURISDICTION

3. THIS COURT HAS JURISDICTION OF THIS ACTION 28 U.S.C. § 1343(3), THIS BEING AN ACTION TO REDRESS THE DEPRIVIATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES AND THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983.

4. THIS COURT ALSO HAS JURISDICTION OF THIS ACTION UNDER 28 U.S.C. § 1343(4), THIS BEING AN ACTION TO RECOVER DAMAGES AND TO SECURE DECLATORY AND OTHER EQUITABLE RELIEF UNDER ACTS OF CONGRESS PROVIDING FOR THE PROTECTION OF CIVIL RIGHTS ACT, 42 U.S.C. § 1983.

5. THIS COURT ALSO HAS JURISDICTION OF THIS ACTION UNDER 28 U.S.C. §§ 2201 AND 2202 AND RULE 57 AND 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THIS BEING AN ACTION FOR DECLARATION OF THE PLAINTIFFS RIGHTS AND OTHER EQUITABLE RELIEF BASED UPON SAID DECLARATORY JUDGEMENT, UNDER CIVIL RIGHTS ACT, 42 U.S.C. § 1983.

# III.

## PLAINTIFF

6. CHRISTOPHER R. ENDERBY
   #241523
   P.O. BOX 11387
   MIDLAND, TX. 79702

# IV.

## DEFENDANTS

7. JOHN D. BRAY MD
   606 KENT ST.
   MIDLAND, TX. 79701

JOHN D BRAY MD. ALSO REFERED TO AS DR. BRAY, IS BEING SUED IN HIS INDIVIDUAL CAPACITY FOR FALSE CLAIMS, CIVIL CONSPIRACY, FALSE IMPRISONMENT AND ABUSE OF PROCESS.

8. DETECTIVE "JOHN DOE"
   500 N. LORAINE ST
   MIDLAND, TX. 79701

DETECTIVE JOHN DOE IS BEING SUED IN HIS INDIVIDUAL CAPACITY FOR FALSE CLAIMS, CIVIL CONSPIRACY, FALSE IMPRISONMENT AND ABUSE OF PROCESS.

9. MIDLAND COUNTY, TEXAS
   500 N. LORAINE ST.
   SUITE 1103
   MIDLAND, TX. 79701

DEFENDANT MIDLAND COUNTY, TEXAS IS A LOCAL GOVERMENT UNIT OF THE STATE OF TEXAS, IT HAS IMPLEMENTED, EXECUTED AND ADOPTED THE POLICIES, PRACTICES, ACTS, AND OMISSIONS COMPLAINED OF HEREIN THROUGH FORMAL ADOPTION OR PURSUANT TO GOVERMENTAL CUSTOM. THE POLICIES, PRACTICES, ACTS AND OMISSIONS COMPLAINED OF HEREIN ARE CUSTOMS OF DEFENDANT, DETECTIVE "JOHN DOE".

# V

## Factual Allegations

10. Dr. Bray made false claims to Detective "John Doe" conspiring to deprive Plaintiff of his constitutional rights alleging that Plaintiff had committed theft of digital documents which resulted in Plaintiff's unlawful detainment.

11. Plaintiff committed to Midland County Detention Center on the 3rd day of November 2017 for the charge of theft of property Cause No. CR51400

12. Plaintiff bonded out with Tall City Bonding Company on the 24th day of May, 2018

13. Plaintiff paid four thousand dollars of personal money to bond out with Tall City Bonding Company.

14. Plaintiff was committed back into Midland County Detention Center on the 2nd day of July, 2020 for complications with bond and attorney.

16. Detective "John Doe" failed to include in his report information that would have proved Plaintiff's innocence in the matter mentioned in paragraph #11.

17. Dr. Bray had a contract and web design agreement to design and develop a web site for Dr. Bray's place of business with EE Web Design Studio LLC.

18. Dr. Bray would pay upon progress making checks payable to EE Web Design LLC.

19. Plaintiff was the project manager employed by EE Web Design Studio LLC.

20. Dr. Bray had a disagreement with services.

21. EE Web Design Studio LLC is a limited liability company that shields its shareholders and employees from criminal liability from angry clients.

22. Detective "John Doe" mentioned to plaintiff over the phone that "he did not want to turn in his report", and threatened plaintiff that would turn in his report of theft if plaintiff personally did not deliver to Dr. Bray files subject to police report.

23. Detective "John Doe" failed to act in a manner condusive to his position as a peace officer and maliciously entered a false police report.

24. Detective "John Doe" would need to be digital file certified in order to make a preliminary assessment as to whether or not a crime of theft had actually occured.

# VI.

## CAUSE OF ACTION

### COUNT I

PLAINTIFF WAS SUBJECT TO FALSE CLAIMS IN VIOLATION OF THE FALSE CLAIMS ACT 31 USC§3729(a)(i)(A).

25. PLAINTIFF INCORPORATES PARAGRAPHS 1 THROUGH 24 AS THOUGH THEY WERE STATED HEREIN.

26. DEFENDANTS DR. JOHN BRAY MD AND DETECTIVE "JOHN DOE" VIOLATED PLAINTIFF'S RIGHT FROM CLAIMS WHICH RESULTED IN FALSE IMPRISONMENT.

# COUNT II

PLAINTIFF WAS SUBJECT TO ABUSE OF PROCESS

27. PLAINTIFF INCORPORATES PARAGRAPHS 1 THROUGH 24 AS THOUGH THEY WERE STATED HEREIN.

28. DEFENDANT DR. BRAY MADE AN ILLEGAL, IMPROPER, PREVERTED USE OF FILING A POLICE REPORT WITH A GOVERNMENTAL ENTITY.

29. DEFENDANT, DETECTIVE "JOHN DOE" HAD AN ULTERIOR MOTIVE AND PURPOSE IN EXERCISING SUCH ILLEGAL, PREVERTED OR IMPROPER USE OF FILING HIS ACCOUNT OF THEFT AIMED AT PLAINTIFF. DETECTIVE "JOHN DOE" ABUSED PROCESS WHEN DETECTIVE "JOHN DOE" THREATENED TO TURN IN A REPORT OF THEFT IF PLAINTIFF DID NOT HAND OVER ALLEGED STOLEN FILES TO DR. BRAY.

## COUNT III

PLAINTIFF WAS SUBJECT TO CIVIL CONSPIRACY.

30. PLAINTIFF INCORPORATES PARAGRAPHS 1 THROUGH 24 AS THOUGH THEY WERE STATED HEREIN.

31. DEFENDANTS DR. BRAY AND DETECTIVE "JOHN DOE" CONSPIRED TOGETHER TO FORCE AN EMPLOYEE OF EE WEB DESIGN STUDIO LLC TO DELIVER FILES THAT WERE SUBJECT TO WEB DESIGN AGREEMENT AND CONTRACT.

## COUNT IV

PLAINTIFF WAS SUBJECT TO FALSE IMPRISONMENT IN VIOLATION OF THE 4TH, 5TH AND 14TH AMENDMENTS OF THE CONSTITUTION OF THE UNITED STATES.

32. PLAINTIFF INCORPORATES PARAGRAPHS 1 THROUGH 24 AS THOUGH THEY WERE STATED HEREIN.

33. DEFENDANTS DR. JOHN BRAY AND DETECTIVE "JOHN DOE" THROUGH THE ACTS OF FALSE CLAIMS, ABUSE OF PROCESS AND CIVIL CONSPIRACY RESULTED IN THE UNLAWFUL DETAINMENT OF PLAINTIFF.

# VII

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT:

A. DECLARE THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFFS RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

B. FOR THE COUNT OF FALSE CLAIMS DERIVED FROM DEFENDANT DR. JOHN D. BRAY, AWARD PLAINTIFF COMPENSATORY AND PUNITIVE DAMAGES IN THE AMOUNT OF $10'000 AS ALLOWED BY THE FALSE CLAIMS ACT 31 USC §3729.

D. FOR THE COUNT OF FALSE CLAIMS DERIVED FROM DEFENDANT DETECTIVE "JOHN DOE", AWARD PLAINTIFF COMPENSATORY AND PUNITIVE DAMAGES IN THE AMOUNT OF $10'000 AS ALLOWED BY THE FALSE CLAIMS ACT 31 USC §3729.

D. FOR THE COUNT OF CIVIL CONSPIRACY DERIVED FROM DEFENDANTS DR. JOHN BRAY AND DETECTIVE "JOHN DOE" AWARD TO PLAINTIFF COMPENSATORY AND PUNITIVE DAMAGES FROM EACH DEFENDANT LISTED ABOVE IN THE AMOUNT OF $12,000.

E. FOR THE COUNT OF FALSE IMPRISONMENT FROM THE ACTS OF DEFENDANTS DR. JOHN D. BRAY AND DETECTIVE "JOHN DOE", AWARD TO PLAINTIFF COMPENSATORY AND PUNITIVE DAMAGES FROM EACH OF THE DEFENDANTS LISTED ABOVE IN THE AMOUNT OF $50,000 FROM EACH DEFENDANT.

F. ORDER DEFENDANT PAY APPROPRIATE LEGAL FEE AND COST.

G. GRANT OTHER JUST AND EQUITABLE RELIEF THAT THIS HONORABLE COURT DEEMS NECESSARY.

RESPECTFULLY SUBMITTED
CHRISTOPHER R. ENDERBY

PURSUANT TO 28 USC § 1746, I DECLARE AND VERIFY THAT UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THE 12TH DAY OF MAY 2021

CHRISTOPHER ENDERBY

# ADITIONAL INFORMATION

I. PREVIOUS LAWSUITS

PLAINTIFF IS CURRENTLY INVOLVED IN A §§1983 CIVIL DEPRIVIATION SUIT PENDING DISPOSITION.

   A. INVOLVING PLAINTIFF CHRISTOPHER ENDERBY AND DEFENDANTS DAVID CRINER, FNU GIBSON, FNU HILLIARD, FNU McHANEY.

   B. CAUSE NO. MO:20-CV-00254-DC

   C. ASSIGNED TO THIS CASE IS THE HONORABLE JUDGE COUNTS.

   D. APPROXIMATE FILLING DATE IS 10/30/2020

II. PLACE OF CONFINEMENT

   PLAINTIF IS CURRENTLY CONFINED AT MIDLAND COUNTY DETENTION CENTER LOCATED IN MIDLAND, TX SINCE 7/2/2020.

   III. PLAINTIFF HAS EXHAUSTED ALL STEPS OF THE INSTITUTIONAL GRIEVANCE PROCEDURE.

I, CHRISTOPHER ENDERBY DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT EXECUTED ON THE 12TH DAY OF MAY 2021

/s/ CHRISTOPHER ENDERBY

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INFORMATION REQUEST / COMPLAINT FORM

**Inmate Name:**　　　　**Name No: 241523**　　　　**Inmate's Location: G BLOCK**
**CHRISTOPHER RILEY ENDERBY**

Please detail your request or your complaint:
09/06/2020 13:42:40
Forward to District Clerk:

Re: CR51400

There seems to be an error in classification. A client cannot file criminal charges on an employee of a company because he was not satisfied with services rendered. This case is a civil suit.

Please look into the file. Thank you.

Official Response:
09/07/2020 20:30:16
PLEASE USE YOUR ATTORNEY

Responding Staff Name: JM1116　　　　　　　　　Date: 09/07/2020

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INMATE GRIEVANCE FORM

**Inmate Name:** CHRISTOPHER RILEY ENDERBY

**Name No:** 241523

**Inmate's Location:** G BLOCK

State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:
07/09/2020 12:39:03
YES I AM BEING HELD AGAINST MY WILL. PLEASE HAVE A DETECTIVE LOOK AT MY CASE FILES, TO DETERMINE THE VALIDITY OF THE CHARGES BROUGHT AGAINST MY HOUSE.

Official Response:
07/09/2020 13:10:48
this is not a grievance. you can bond out

Responding Staff Name: rthompson        Date: 07/09/2020

State your reason for appeal:

Response to appeal:
07/10/2020 9:39:05

Responding staff name: rthompson
Date: 07/10/2020

Please state reason for secondary appeal:

<u>Response to secondary appeal:</u>
07/14/2020 16:32:51

<u>Responding Staff Name:</u> JM1116                               <u>Date:</u> 07/14/2020

#241523
PO BOX 11367
MIDLAND TX, 79702

LEGAL MAIL

SCREENED BY OSO
MAY 14 2021

CLERK, U.S. DISTRICT COURT
100 E. WALL STREET
ROOM 222
MIDLAND, TEXAS 79701

RECEIVED
MAY 14 2021
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

MIDLAND TX 797
THU 13 MAY 2021

SCREENED BY CSO
MAY 14 2021

LEGAL MAIL