UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CHRISTOPHER R. ENDERBY § | |
| § | |
| vs. § | NO:  MO:21-CV-00087-DC |
| § | |
| MIDLAND COUNTY, TEXAS, § | |
| DETECTIVE JOHN DOE, PAOLA LUJAN § | |

## FINAL JUDGMENT

On this day, the Court entered an Order dismissing Plaintiff's case for want of prosecution. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Plaintiff's 42 U.S.C. §1983 Civil Rights Complaint is **DISMISSED FOR WANT OF PROSECUTION**.

It is further **ORDERED** that this 42 U.S.C. §1983 is **DISMISSED WITHOUT PREJUDICE**.

It is lastly **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with parties to bear their own costs.

It is so **ORDERED**.

SIGNED this 24th day of September, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE